```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 22191
   DWIGHT V ANDERSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5757

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/03/2005 and was confirmed 09/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED              2953.80       368.54        2953.80
CENTEX HOME EQUITY CO      CURRENT MORTG           .00           .00            .00
CENTEX HOME EQUITY         NOTICE ONLY      NOT FILED           .00            .00
CENTEX HOME EQUITY CO      MORTGAGE ARRE          .00           .00            .00
CITY OF CHICAGO WATER DE   SECURED               600.00        55.86         600.00
HOUSEHOLD FINANCIAL SERV   CURRENT MORTG          .00           .00            .00
HOUSEHOLD FINANCIAL SERV   CURRENT MORTG          .00           .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED           .00            .00
HOUSEHOLD FINANCIAL SERV   MORTGAGE ARRE     10075.36           .00       10075.36
COLUMBUS BANK & TRUST CO   UNSEC W/INTER      1030.45        149.36        1030.45
HOUSEHOLD FINANCIAL SERV   MORTGAGE ARRE      8774.43           .00        8774.43
JOSE GARCIA                NOTICE ONLY      NOT FILED           .00            .00
WEXLER & WEXLER            UNSEC W/INTER   NOT FILED           .00            .00
CITY OF CHICAGO LAW DEPT   NOTICE ONLY      NOT FILED           .00            .00
HSBC MORTGAGE SERVICES     NOTICE ONLY      NOT FILED           .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY        1,985.00                     1,985.00
TOM VAUGHN                 TRUSTEE                                         1,415.27
DEBTOR REFUND              REFUND                                            287.93

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  27,696.00

PRIORITY                                              .00
SECURED                                          22,403.59
     INTEREST                                       424.40
UNSECURED                                         1,030.45
     INTEREST                                       149.36
ADMINISTRATIVE                                    1,985.00
TRUSTEE COMPENSATION                              1,415.27

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 22191 DWIGHT V ANDERSON
```

```
DEBTOR REFUND                                                        287.93
                                        ---------------      ---------------
TOTALS                                        27,696.00            27,696.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 03/27/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE